No. 10–78.  VALENCIA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–81.  BRYANT *v.* MILITARY DEPARTMENT, MISSISSIPPI, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 10–84.  CRANDALL ET AL. *v.* CITY AND COUNTY OF DENVER, COLORADO, DBA DENVER INTERNATIONAL AIRPORT.  C. A. 10th Cir.  Certiorari denied.

No. 10–87.  MARDIROSIAN *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 10–88.  GEOGRAPHIC EXPEDITIONS, INC. *v.* LHOTKA, INDIVIDUALLY AND AS EXECUTOR, ET AL.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 10–89.  BLOOMGARDEN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 10–90.  UNITED FINANCIAL SYSTEMS, CORP., ET AL. *v.* INDIANA EX REL. INDIANA STATE BAR ASSN.  Sup. Ct. Ind.  Certiorari denied.

No. 10–93.  STALLION, INC. *v.* JOHN GALLIANO, S. A.  Ct. App. N. Y.  Certiorari denied.

No. 10–96.  PREWITT *v.* CITY OF OXFORD, MISSISSIPPI, ET AL.  Sup. Ct. Miss.  Certiorari denied.

No. 10–100.  BERGBAUER ET UX. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–101.  SVEN *v.* CHANDLER, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 10–102.  CONDER *v.* RDI/CAESARS RIVERBOAT CASINO, INC., ET AL.  Ct. App. Ind.  Certiorari denied.

No. 10–104.  CAMPBELL *v.* COOPER, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.